UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DeJOUNGE SHARPE,

Defendant.

Case # 21-CR-6181-FPG-MJP

DECISION AND ORDER

With the consent of Defendant DeJounge Sharpe, the Court referred this matter to Magistrate Judge Mark W. Pedersen for purposes of taking Defendant's guilty plea. ECF No. 33. On December 21, 2021, Magistrate Judge Pedersen conducted the plea hearing, and Defendant pleaded guilty to one count of narcotics conspiracy and one count of possession of a firearm in furtherance of a drug trafficking crime. *See* ECF Nos. 34, 37. On February 25, 2022, Magistrate Judge Pedersen filed his Report & Recommendation ("R&R"), recommending that the Court "adjudge Defendant guilty of the offense(s) to which the guilty plea was offered." ECF No. 43 at 1. No objections have been filed to the R&R.

A district court reviews those portions of an R&R to which a party has timely objected *de novo*. Fed. R. Crim. P. 59(b)(3). When a party does not object to a portion of an R&R, or when the objections are conclusory, general, or without legal support, a district court reviews those portions for clear error. *See United States v. Preston*, 635 F. Supp. 2d 267, 269 (W.D.N.Y. 2009).

After reviewing the R&R and the objections thereto, a district court "may accept, reject, or modify the recommendation." Fed. R. Crim. P. 59(b)(3). In addition, "[t]he Second Circuit has instructed that where a Magistrate Judge conducts an evidentiary hearing and makes credibility findings on disputed issues of fact, the district court will ordinarily accept those credibility

1

findings." *United States v. Lawson*, 961 F. Supp. 2d 496, 499 (W.D.N.Y. 2013); *see also Carrion v. Smith*, 549 F.3d 583, 588 (2d Cir. 2008).

The Court has reviewed the record, the hearing transcript, and the other filings pertinent to Defendant's guilty plea and the R&R.  Based on that review, the Court discerns no error, much less clear error, in Magistrate Judge Pedersen's thorough plea colloquy and recommendation.  Accordingly, the Court ADOPTS Magistrate Judge Pedersen's R&R (ECF No. 43) in all respects, ACCEPTS Defendant's plea of guilty to Counts 1 and 2 of the Information (ECF No. 34), and ADJUDGES him guilty of the offenses identified therein.  The deadlines pertinent to sentencing remain as scheduled.  *See* ECF No. 44.

IT IS SO ORDERED.

Dated: March 29, 2022
       Rochester, New York

_____
HON. FRANK P. GERACI, JR.
United States District Judge
Western District of New York